IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 11-cr-20-bbc |
| v. | |
| BLAKE SCHNEIDER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS ORDERED that the March 1, 2012 surrender date imposed on defendant following sentence is vacated. Defendant shall remain on pretrial release, subject to all conditions imposed on him at sentencing until March 30, 2012, to allow the Bureau of Prisons to designate defendant to an appropriate medical facility that can deal with his medical needs.

Entered this 29th day of February, 2012.

BY THE COURT:

BARBARA B. CRABB
District Judge

1